# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KINYA BOYD

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.  2023 CW 1279

**APRIL 8, 2024**

---

In Re:    Cox Communications of Louisiana, LLC and Go Auto
          Insurance Company, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 656948.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

  **APPLICATION FOR REHEARING DENIED.** See Uniform Rules of
Louisiana Courts of Appeal, Rule 2-18.7.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT